### AUTO LEASING & SALES, Plaintiff/Appellant,

v.

### UNITED MISSOURI BANK, Defendant/Respondent.

### No. 64291.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 15, 1994.

Rehearing Denied May 16, 1994.

Bradley S. Dede, Shaw, Howlett & Knappenberger, Clayton, for plaintiff, appellant.

Thomas Cummings, Lisa M. Wood, Armstrong, Teasdale, Schlafly & Davis, St. Louis, for defendant, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Plaintiff, Auto Leasing & Sales, Inc. appeals the order of the trial court dismissing its petition. We affirm. No error of law appears and we find no abuse of discretion. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this

order affirming the judgment pursuant to Rule 84.16(b).